UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | No. 1:15-cv-00507-DAD-EPG |
| Plaintiff, | |
| v. | ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE |
| ENRIQUE HERRERA, | (Doc. No. 17) |
| Defendant. | |

On July 18, 2016, the parties filed a joint stipulation dismissing the action without prejudice and with each party to bear its own costs and attorneys' fees.  (Doc. No. 17.)  The parties further stipulated that the court retain jurisdiction to enforce their settlement agreement and that unless a motion to reopen this action is filed by September 1, 2016, the dismissal would be deemed to be with prejudice.  (*Id*.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice and without an award of attorneys' fees and costs to either party.  The court will retain jurisdiction over this action for the limited purpose of enforcing the parties' settlement agreement and unless a motion to reopen this action is filed by

/////

/////

/////

1

September 1, 2016, the dismissal will be with prejudice from that date forward.  Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:  **July 18, 2016**  
　　　　　　　　　　　　　　　　　　　　　　/s/ Dale A. Drozd  
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE